# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-00933-SWD | Trustee Name: | Marcia R. Meoli |
|---|---|---|---|
| Case Name: | DAVIS, RICHARD NTIRENGANYA | Date Filed (f) or Converted (c): | 05/06/2024 (c) |
| For the Period Ending: | 9/9/2024 | §341(a) Meeting Date: | 05/29/2024 |
| | | Claims Bar Date: | 06/18/2024 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 2017 Subaru Legacy | $14,000.00 | $0.00 | | $0.00 | $14,000.00 |
| 2 | 2021 Ultra Galaxy Samsung, Tablet Lenovo | $800.00 | $800.00 | | $0.00 | $800.00 |
| Asset Notes: | Asset amended 07/09/24, DN 30. | | | | | |
| 3 | Credit Karma Checking 169551399 | $649.99 | $649.99 | | $0.00 | $649.99 |
| 4 | Coffee machines, plates, cookware, storage, cooking and dining utensils (u) | $600.00 | $600.00 | | $0.00 | $600.00 |
| Asset Notes: | Asset added 07/09/24, DN 30. | | | | | |
| 5 | Everyday clothes, shoes, sheets, towels, suites and accessories (u) | $2,000.00 | $2,000.00 | | $0.00 | $2,000.00 |
| Asset Notes: | Asset added 07/09/24, DN 30. | | | | | |
| 6 | Huntington Bank Checking 02157927843 (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Asset added 07/09/24, DN 30. | | | | | |
| 7 | I have not filed the tax returns for 2022 & 2023 yet by the time I filed bankruptcy on April 9, 2024 (u) | $0.00 | $0.00 | | $0.00 | $0.00 |
| Asset Notes: | Asset added 07/09/24, DN 30. | | | | | |
| TOTALS (Excluding unknown value) | | $18,049.99 | $4,049.99 | | $0.00 | Gross Value of Remaining Assets $18,049.99 |

**Major Activities affecting case closing:**

09/06/2024    POSSIBLE MISCELLANEOUS ASSETS WITH STATE EXEMPTIONS
07/31/2024    POSSIBLE AVOIDABLE LIEN IN 2017 SUBARU  $0

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 04/09/2025 | /s/ MARCIA R. MEOLI | |
| Current Projected Date Of Final Report (TFR): | 04/09/2025 | MARCIA R. MEOLI | |